JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO GARCIA DEL SOLAR,<br>Petitioner,<br>v.<br>MARWAYNE MULLIN, et al.,<br>Respondents. | Case No. ED CV26-04419-SPG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED IN PART.

DATED: August 21,2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE